# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIELLE IONATA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-6561** |
| v. | : | |
| | : | |
| **ALLSTATE INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

**MCHUGH, J.**                                                                                                    **AUGUST 30, 2016**

## ORDER

This 30th day of August, 2016, for the reasons explained in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.


      /s/ Gerald Austin McHugh
United States District Judge